**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VALENTINA VELEVA,
*on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

                v.

DON PABLO, INC., PABLO CASTRO, and XIOMARA CASTRO

                Defendants.

---

Case No.: 1:20-cv- 01363

**[PROPOSED]**
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants DON PABLO, INC., PABLO CASTRO, and XIOMARA CASTRO (collectively, "Defendants"), having offered to allow Plaintiff VALENTINA VELEVA ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Fifteen Thousand Dollars ($15,000.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated September 22, 2020 and filed as Exhibit A to Docket Number 11.;

**WHEREAS**, on October 5, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 11);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 22, 2020 and filed as Exhibit A to Docket Number 11. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2020       _____
New York, New York                        Judge Edgardo Ramos
                                          United States District Judge