UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VALENTINA VELEVA,
*on behalf of herself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

        v.

DON PABLO, INC., PABLO CASTRO, and XIOMARA CASTRO

        Defendants.

Case No.: 1:20-cv-01363

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants DON PABLO, INC., PABLO CASTRO, and XIOMARA CASTRO (collectively, "Defendants"), having offered to allow Plaintiff VALENTINA VELEVA ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Fifteen Thousand Dollars ($15,000.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated September 22, 2020 and filed as Exhibit A to Docket Number 11.;

**WHEREAS**, on October 5, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 11);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 22, 2020 and filed as Exhibit A to Docket Number 11. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: October 6, 2020
       New York, New York

_____
Judge Edgardo Ramos
United States District Judge